AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | | |
|---|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma<br>Plaintiff(s), | )<br>)<br>)<br>)<br>) | |
| | ) | |
| v. | ) | Case No. CIV-21-1069-G |
| Joseph R. Biden, et al. | ) | |
| | )<br>)<br>)<br>) | |
| Defendant(s). | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
JOSEPH R. BIDEN, JR.
President of the United States
1600 Pennsylvania Avenue, NW
Washington, DC 20500

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am, Nov 05, 2021
CARMELITA REEDER SHINN, Clerk

By:

*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   Joseph R. Biden, Jr. _____

was received by me on *(date)* _____.

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma<br>Plaintiff(s),<br><br>v.<br>Joseph R. Biden, et al.<br><br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. CIV-21-1069-G |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Safer Federal Workforce Task Force
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am, Nov 05, 2021
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Safer Federal Workforce Task Force

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

Print        Save As...                    Reset

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

State of Oklahoma; J. Kevin Stitt, in his official )
capacity as Governor of the State of Oklahoma, )
and John M. O'Connor, in his official capacity as )
Attorney General of the State of Oklahoma )
Plaintiff(s), )
)
v. )        Case No. CIV-21-1069-G
Joseph R. Biden, et al. )
)
)
)
Defendant(s). )

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

FEDERAL ACQUISITION REGULATORY COUNCIL
c/o Lesley A. Field, Office of Management and Budget
725 17th Street, NW
Washington DC 20503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am, Nov 05, 2021
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Federal Acquisition Regulatory Council _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | | |
|---|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma<br>Plaintiff(s),<br><br>v.<br>Joseph R. Biden, et al.<br><br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  CIV-21-1069-G |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OFFICE OF PERSONNEL MANAGEMENT
1900 E Street, NW
Washington, DC 20415-1000

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
 9:53 am, Nov 05, 2021
CARMELITA REEDER SHINN, Clerk

By: _____
         Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Office of Personnel Management _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

Print        Save As...        Reset

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | | |
|---|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma <br> Plaintiff(s), <br><br> v. <br> Joseph R. Biden, et al. <br><br><br><br> Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CIV-21-1069-G |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
OFFICE OF MANAGEMENT AND BUDGET
725 Seventeenth Street NW.
Washington, DC 20503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am. Nov 05. 2021
CARMELITA REEDER SHINN, Clerk

By:
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   Office of Management and Budget

was received by me on *(date)*                          .

❒  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

                                                                            .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00        .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

Print        Save As...                                   Reset

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

| | |
|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma<br><br>Plaintiff(s),<br><br>v.<br><br>Joseph R. Biden, et al.<br><br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-21-1069-G |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GENERAL SERVICES ADMINISTRATION
1800 F Street, NW
Washington, DC 30405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am, Nov 05, 2021
CARMELITA REEDER SHINN, Clerk

By: _____
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  GENERAL SERVICES ADMINISTRATION

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Western District of Oklahoma

State of Oklahoma; J. Kevin Stitt, in his official )
capacity as Governor of the State of Oklahoma, )
and John M. O'Connor, in his official capacity as )
Attorney General of the State of Oklahoma )
Plaintiff(s), )
)
v. )
Joseph R. Biden, et al. )
)
)
)
Defendant(s). )

Case No.   CIV-21-1069-G

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
KIRAN AHUJA
United States Office of Personnel Management
1900 E Street, NW
Washington, DC 20415

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am, Nov 05, 2021
CARMELITA REEDER SHINN, Clerk

By:

Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Kiran Ahuja

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma<br><br>Plaintiff(s),<br><br>v.<br><br>Joseph R. Biden, et al.<br><br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-21-1069-G |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SHALANDA D. YOUNG
Office of Management and Budget
725 Seventeenth Street NW.
Washington, DC 20503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am, Nov 05, 2021
CARMELITA REEDER SHINN, Clerk

By: _____
    *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Shalanda D. Young

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma<br>Plaintiff(s),<br><br>v.<br>Joseph R. Biden, et al.<br><br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CIV-21-1069-G |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MATHEW C. BLUM
Office of Management and Budget
725 17th Street, NW
Washington, DC 20503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am, Nov 05, 2021
CARMELITA REEDER SHINN, Clerk

By:
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Mathew C. Blum

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NW 21st St.
Oklahoma, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

|  Print  |  Save As...  |  Reset  |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma<br>Plaintiff(s),<br><br>v.<br>Joseph R. Biden, et al.<br><br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. CIV-21-1069-G<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
JEFFREY A. KOSES, Senior Procurement Executive & Deputy Chief Acquisition Officer
General Services Administration
1800 F Street NW
Washington, DC 30405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am, Nov 05, 2021
CARMELITA REEDER SHINN, Clerk

By:
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   Jeffrey A. Koses _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma<br>Plaintiff(s),<br><br>v.<br>Joseph R. Biden, et al.<br><br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. CIV-21-1069-G |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LESLEY A. FIELD, Acting Administrator for Federal Procurement
Office of Management and Budget
725 Seventeenth Street NW.
Washington, DC 20503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am. Nov 05. 2021
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   Lesley A. Field

was received by me on *(date)*                                   .

❏  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

                                                                                   .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00                  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma<br>Plaintiff(s),<br><br>v.<br>Joseph R. Biden, et al.<br><br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.  CIV-21-1069-G |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JOHN M. TENAGLIA, Federal Acquisition Regulatory Council
Office of General Counsel, U.S. Dept. of Defense
1600 Defense Pentagon
Washington, DC 20301-1800

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
 9:53 am. Nov 05. 2021
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  John M. Tenaglia

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma<br>Plaintiff(s),<br><br>v.<br>Joseph R. Biden, et al.<br><br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. CIV-21-1069-G

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KARLA S. JACKSON, Member, Federal Acquisition Regulatory Council
National Aeronautics and Space Administration
Office of General Counsel, 300 E. Street SW, Suite 5R30
Washington, DC 20546

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am. Nov 05. 2021
CARMELITA REEDER SHINN, *Clerk*

By: _____
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*    Karla S. Jackson

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

State of Oklahoma; J. Kevin Stitt, in his official )
capacity as Governor of the State of Oklahoma, )
and John M. O'Connor, in his official capacity as )
Attorney General of the State of Oklahoma )
　　　　　　　　　　　　Plaintiff(s), )
　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　 )　　Case No. CIV-21-1069-G
v. 　　　　　　　　　　　　　　　　　 )
Joseph R. Biden, et al. )
　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　Defendant(s). )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
　ROBIN CARNAHAN
　General Services Administration
　1800 F Street NW
　Washington, DC 30405

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if
you are the United States or a United States agency, or an officer or employee of the United States described in Fed.
R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under
Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's
attorney, whose name and address are:
Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the
complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am, Nov 05, 2021
CARMELITA REEDER SHINN, Clerk

By: _____
　　　　　Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Robin Carnahan _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | | |
|---|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma<br>Plaintiff(s), | )<br>)<br>)<br>)<br>)<br>) | |
| v. | ) | Case No. |
| Joseph R. Biden, et al. | )<br>)<br>)<br>)<br>) | |
| Defendant(s). | ) | |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
JEFFREY ZIENTS, Co-Chair
Safer Federal Workforce Task Force
The White House, 1600 Pennsylvania Avenue, NW
Washington, DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am. Nov 05. 2021
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Jeffrey Zients _____

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

State of Oklahoma; J. Kevin Stitt, in his official )
capacity as Governor of the State of Oklahoma, )
and John M. O'Connor, in his official capacity as )
Attorney General of the State of Oklahoma )
Plaintiff(s), )
)
v. )          Case No. CIV-21-1069-G
Joseph R. Biden, et al. )
)
)
)
Defendant(s). )

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

L. ERIC PATTERSON
Director of Federal Protective Service, Legal Office
800 North Capital Street, NW, MS 0661
Washington, DC 20536

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am. Nov 05. 2021
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  L. Eric Patterson _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | | Save As... | | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | | |
|---|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma<br>Plaintiff(s),<br><br>v.<br>Joseph R. Biden, et al.<br><br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-21-1069-G |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
JAMES M. MURRAY
United States Secret Service
3801 Nebraska Ave, NW
Washington, DC 20016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am. Nov 05. 2021
*CARMELITA REEDER SHINN, Clerk*

By:

*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   James M. Murray _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

State of Oklahoma; J. Kevin Stitt, in his official )
capacity as Governor of the State of Oklahoma, )
and John M. O'Connor, in his official capacity as )
Attorney General of the State of Oklahoma )
Plaintiff(s), )
)
v. )    Case No.   CIV-21-1069-G
Joseph R. Biden, et al. )
)
)
)
Defendant(s). )

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
DEANNE CRISWELL, Director
Federal Emergency Management Agency
500 C Street, SW
Washington, DC 20024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am, Nov 05, 2021
CARMELITA REEDER SHINN, Clerk

By:
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   Deanne Criswell _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma<br><br>Plaintiff(s),<br><br>v.<br><br>Joseph R. Biden, et al.<br><br><br><br>Defendant(s). | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. CIV-21-1069-G

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ROCHELLE WALENSKY, Director
Centers for Disease Control and Prevention
395 E Street, S.W., Suite 9100
Washington, DC 20201

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
 9:53 am. Nov 05. 2021
CARMELITA REEDER SHINN, Clerk

By:

     *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Rochelle Walensky

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

Print        Save As...                    Reset

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Western District of Oklahoma

State of Oklahoma; J. Kevin Stitt, in his official )
capacity as Governor of the State of Oklahoma, )
and John M. O'Connor, in his official capacity as )
Attorney General of the State of Oklahoma )
                    Plaintiff(s), )
                    )
v. )        Case No. CIV-21-1069-G
Joseph R. Biden, et al. )
                    )
                    )
                    )
           Defendant(s). )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
TERRY COSBY
Natural Resources Conservation Service
1400 Independence Ave., S.W. Room 5105-A
Washington, DC 20250

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
 9:53 am, Nov 05, 2021
*CARMELITA REEDER SHINN, Clerk*

By: _____
       *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   Terry Cosby

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | | |
|---|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official | ) | |
| capacity as Governor of the State of Oklahoma, | ) | |
| and John M. O'Connor, in his official capacity as | ) | |
| Attorney General of the State of Oklahoma | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. CIV-21-1069-G |
| Joseph R. Biden, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MARTHA WILLIAMS, Principal Deputy Director
United States Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am, Nov 05, 2021
*CARMELITA REEDER SHINN, Clerk*

By: _____
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   Martha Williams _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma<br>Plaintiff(s), | ) ) ) ) ) ) |
| v.<br>Joseph R. Biden, et al. | ) ) ) ) ) ) ) |
| Defendant(s). | ) |

Case No. CIV-21-1069-G

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. FISH AND WILDLIFE SERVICE
1849 C Street, NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am, Nov 05, 2021
*CARMELITA REEDER SHINN, Clerk*

By: _____
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  U.S. Fish and Wildlife Service

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | | Save As... | | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma<br>Plaintiff(s),<br><br>v.<br><br>Joseph R. Biden, et al.<br><br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. CIV-21-1069-G

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MICHAEL S. REGAN, Administrator of the U.S. Environmental Protection Agency
c/o Office of General Counsel
1200 Pennsylvania Avenue, N.W. (2310A)
Washington, DC 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am, Nov 05, 2021
CARMELITA REEDER SHINN, Clerk

By: _____
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   Michael S. Regan _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

|  Print  |  Save As...  |  Reset  |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | | |
|---|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma <br> Plaintiff(s), <br><br> v. <br> Joseph R. Biden, et al. <br><br><br><br> Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) | Case No. CIV-21-1069-G |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. ENVIRONMENTAL PROTECTION AGENCY
c/o Office of General Counsel
1200 Pennsylvania Avenue, N.W. (2310A)
Washington, DC 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am, Nov 05, 2021
CARMELITA REEDER SHINN, Clerk

By:
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   U.S. Environmental Protection Agency _____

was received by me on *(date)* _____ .

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*

                                                                                                                    .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00           .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                                    *Server's signature*

                                                              _____
                                                                    *Printed name and title*

                                                                        313 NE 21st St.
                                                                    Oklahoma City, OK 73105
                                                              _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

|  Print  |  Save As...  |                                    |  Reset  |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma<br>Plaintiff(s),<br><br>v.<br>Joseph R. Biden, et al.<br><br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CIV-21-1069-G<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MIGUEL CARDONA, Secretary of the U.S. Department of Education
Office of the Secretary
400 Maryland Ave SW
Washington, DC 20202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am. Nov 05. 2021
CARMELITA REEDER SHINN, Clerk

By: _____
        *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   Miguel Cardona

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

                                                                                                    .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00        .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | | |
|---|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma<br>Plaintiff(s),<br><br>v.<br>Joseph R. Biden, et al.<br><br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-21-1069-G |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
U.S. DEPARTMENT OF EDUCATION
U.S. Department of Education
400 Maryland Avenue, S.W.
Washington, DC 20202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am, Nov 05, 2021
CARMELITA REEDER SHINN, Clerk

By:
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  U.S. Department of Education

was received by me on *(date)*                     .

❒  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma<br>Plaintiff(s),<br><br>v.<br>Joseph R. Biden, et al.<br><br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. CIV-21-1069-G |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
FRANK KENDALL, Secretary of the U.S. Department of the Air Force
United States Air Force, Office of General Counsel
Room 4E386, Pentagon
Washington, DC 20301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:53 am, Nov 05, 2021
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   Frank Kendall

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

Print      Save As...                                        Reset

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Western District of Oklahoma

| | |
|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma<br>Plaintiff(s),<br><br>v.<br>Joseph R. Biden, et al.<br><br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. CIV-21-1069-G

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. DEPARTMENT OF THE AIR FORCE
Office of General Counsel
Room 4E386, Pentagon
Washington, DC 20301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
 9:53 am, Nov 05, 2021
CARMELITA REEDER SHINN, Clerk

By:

Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   U.S. Department of the Air Force _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| State of Oklahoma; J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and John M. O'Connor, in his official capacity as Attorney General of the State of Oklahoma <br> Plaintiff(s), <br><br> v. <br> Joseph R. Biden, et al. <br><br><br><br> Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. CIV-21-1069-G |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
THE UNITED STATES OF AMERICA
c/o United States Attorney's Office, Western District of Oklahoma, Civil Process Clerk
210 West Park Avenue, Suite 400
Oklahoma City, OK 73102

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mithun Mansinghani
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
 9:53 am, Nov 05, 2021
CARMELITA REEDER SHINN, Clerk

By: _____
        Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-21-1069-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* The United States of America _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

313 NE 21st St.
Oklahoma City, OK 73105
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |