# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **STATE OF OKLAHOMA et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**JOSEPH R. BIDEN, JR., in his** )<br>**official capacity as President of the** )<br>**United States, et al.,** )<br>)<br>**Defendants.** ) | Case No. CIV-21-1069-G |

## ORDER

A review of the docket for this case reflects that counsel for Plaintiffs has not filed an entry of appearance as required by Local Civil Rule 83.4.

IT IS THEREFORE ORDERED that counsel for Plaintiffs shall enter an appearance within seven (7) days of the date of this Order.

IT IS SO ORDERED this 12th day of November, 2021.

CHARLES B. GOODWIN
United States District Judge