## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **STATE OF OKLAHOMA et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. CIV-21-1069-G |
| ) | |
| **JOSEPH R. BIDEN, JR., in his** ) | |
| **official capacity as President of the** ) | |
| **United States, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Now before the Court is Defendants' Motion (Doc. No. 21) seeking leave to file an oversized response to Plaintiffs' Motion for Temporary Restraining Order/Preliminary Injunction (Doc. No. 9). Defendants state that Plaintiffs do not oppose this request but seek to file "a commensurately long reply." Defs.' Mot. at 2.

For good cause shown, Defendants' Motion (Doc. No. 21) is GRANTED. Defendants may file a response brief of no more than forty-five (45) pages.

Plaintiffs may seek leave of the Court to file an oversized reply, if appropriate, following the filing of Defendants' response. *See* LCvR 7.1(i).

IT IS SO ORDERED this 2nd day of December, 2021.

_____
CHARLES B. GOODWIN
United States District Judge