UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-21-1069-G |
| ) | |
| JOSEPH R. BIDEN, JR., in his ) | |
| official capacity as President of the ) | |
| United States, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Now before the Court is Defendants' Motion (Doc. No. 31) seeking an extension of time to respond to the Complaint. Defendants state that Plaintiffs do not oppose this request. *See id.* at 2.

For good cause shown, Defendants' unopposed Motion is GRANTED. Defendants shall answer or otherwise respond to the Complaint within twenty-one (21) days of the earlier of either: (i) the denial of Defendants' Motion to Stay Case (Doc. No. 27); or (ii) the issuance of an order by the Court lifting any stay imposed pursuant to that Motion.

IT IS SO ORDERED this 5th day of January, 2021.

_____
CHARLES B. GOODWIN
United States District Judge