# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **STATE OF OKLAHOMA et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. CIV-21-1069-G |
| ) | |
| **JOSEPH R. BIDEN, JR.,** in his ) | |
| official capacity as President of the ) | |
| United States, et al., ) | |
| ) | |
| **Defendants.** ) | |

## **ORDER**

The parties are ADVISED that a status conference will be held in this matter on January 14, 2022, at 10:30 a.m. The parties shall be prepared to discuss the pending stay request, the parties' positions on the timing of a hearing on the Motion for Preliminary Injunction, whether the parties will stipulate that the Court may, in determining the Motion for Preliminary Injunction, consider the exhibits, affidavit testimony, and other materials submitted in the parties' briefing of that Motion, and whether either party will request to submit further evidence in support of or in opposition to the Motion for Preliminary Injunction.

The conference will be held telephonically. On or before January 12, 2022, at 12:00 p.m., the attorneys who will participate in the conference must advise Judge Goodwin's Courtroom Deputy of the telephone number at which they are to be contacted. Judge Goodwin's Courtroom Deputy may be contacted by email at Jacob_buckle@okwd.uscourts.gov.

IT IS SO ORDERED this 5th day of January, 2021.

_____<br>
CHARLES B. GOODWIN<br>
United States District Judge