UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOSEPH R. BIDEN, JR., in his )<br>official capacity as President of the )<br>United States, et al., )<br>)<br>Defendants. ) | Case No. CIV-21-1069-G |

## ORDER

At the status conference held on January 14, 2022, Plaintiffs moved orally for leave to file a supplemental brief in support of their Motion for Preliminary Injunction (Doc. No. 9) to address the recent United States Supreme Court decisions concerning vaccine mandates. The motion is GRANTED. Plaintiffs shall file their supplemental brief, not to exceed ten pages, on or before January 21, 2022. Defendants may file a response brief, not to exceed ten pages, on or before January 28, 2022.

IT IS SO ORDERED this 14th day of January, 2022.

_____
CHARLES B. GOODWIN
United States District Judge