# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **STATE OF OKLAHOMA et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. CIV-21-1069-G |
| ) | |
| **JOSEPH R. BIDEN, JR., in his** ) | |
| **official capacity as President of the** ) | |
| **United States, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

On September 12, 2022, the Court ordered Defendants to file a status report due to the recent decision of the United States Court of Appeals for the Eleventh Circuit in *Georgia v. President of the United States*, __ F.4th __, 2022 WL 3703822 (11th Cir. Aug. 26, 2022), in which the Eleventh Circuit affirmed the preliminary injunction issued by the United States District Court for the Southern District of Georgia, enjoining enforcement of Executive Order 14042, but vacated the nationwide scope of the preliminary injunction.

On September 16, 2022, Defendants filed a Status Report (Doc. No. 48) stating that the Eleventh Circuit's mandate in *Georgia* will issue on October 18, 2022, unless (1) a party seeks rehearing of the panel's decision by October 11, 2022, pursuant to Federal Rule of Appellate Procedure 40(a), or (2) a party moves to stay the mandate pending a petition for writ of certiorari pursuant to Federal Rule of Appellate Procedure 41(d).

Accordingly, the Court ORDERS Defendants to promptly notify the Court as to any development in *Georgia* that will delay or otherwise alter the date on which the mandate will issue. In the event no party in *Georgia* moves for rehearing or for a stay of the

mandate, the Court ORDERS Defendants to file a written status report no later than October 18, 2022, advising the Court as to whether the Federal Government intends to take any action to implement or enforce Executive Order 14042, whether by written notice or otherwise, and the specific timing for any such action, as applicable.

    IT IS SO ORDERED this 5th day of October, 2022.

_____
CHARLES B. GOODWIN
United States District Judge