IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

THE STATE OF OKLAHOMA et al.,

    Plaintiffs,

v.              No. CIV-21-1069-G

JOSEPH R. BIDEN et al.,

    Defendants.

**NOTICE**

Pursuant to this Court's order of December 20, 2022, ECF No. 53, Defendants respectfully notify the Court of a "material development[] relating to the implementation or enforcement of Executive Order 14042," *see id.* at 3.

On May 1, 2023, the White House issued a statement announcing that the Administration "will end the COVID-19 vaccine requirement[] for . . . Federal contractors" on May 11, 2023, "the same day that the COVID-19 public health emergency ends." *See* The White House, *The Biden-Harris Administration Will End COVID-19 Vaccination Requirements for Federal Employees, Contractors, International Travelers, Head Start Educators, and CMS-Certified Facilities* (May 1, 2023), https://perma.cc/93DS-N47L. The statement explains that the Administration is now "in a different phase of [its] response to COVID-19," given that nearly 270 million Americans have received at least one shot of the COVID-19 vaccine, COVID-19 deaths have declined by 95%, and hospitalizations are down nearly 91%. *Id.*

Defendants will notify the Court once the President takes the action announced in the White House's statement.

Dated: May 3, 2023      Respectfully submitted,

               BRIAN M. BOYNTON
               Principal Deputy Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

/s/ *Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
MADELINE M. MCMAHON
D.C. Bar No. 1720813
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

On May 3, 2023, I electronically submitted this document to the clerk of court of the U.S. District Court for the Western District of Oklahoma using the court's electronic case filing system. I certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Jody D. Lowenstein
JODY D. LOWENSTEIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch