# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE STATE OF OKLAHOMA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, *et al.*, <br><br> *Defendants*. | Case No: CIV-21-1069-G |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs hereby dismiss this action without prejudice. Each side shall bear its own fees and costs.

Dated: June 21, 2023

    Respectfully submitted,

    Zach West
     *Director of Special Litigation*
    OFFICE OF THE ATTORNEY GENERAL
     OF THE STATE OF OKLAHOMA
    313 NE 21st Street
    Oklahoma City, OK 73105
    (405) 521-3921
    zach.west@oag.ok.gov

/s/ H. Christopher Bartolomucci
Gene C. Schaerr*
H. Christopher Bartolomucci*
Brian J. Field*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
cbartolomucci@schaerr-jaffe.com
bfield@schaerr-jaffe.com
*Admitted pro hac vice

Counsel for Plaintiffs

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

/s/ Jody D. Lowenstein
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
MADELINE M. MCMAHON
D.C. Bar No. 1720813
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

Counsel for Defendants